| United States District Court | Southern District of Texas |
|---|---|

Amanda Culbertson, *et al.*, §
§
    Plaintiffs, §
§
*versus* §     Civil Action H-12-3644
§
Pat Lykos, *et al.*, §
§
    Defendants. §

## Partial Dismissal

On their motion, Amanda Culbertson and Jorge Wong's claims against Rachel Palmer are dismissed without prejudice.

Signed on July 21, 2015, at Houston, Texas.

                        Lynn N. Hughes
                      United States District Judge