# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 26, 2023

Lyle W. Cayce
Clerk

No. 20-20527
Summary Calendar

AMANDA CULBERTSON,

*Plaintiff—Appellant,*

versus

HARRIS COUNTY,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-3644

Before RICHMAN, SOUTHWICK, and WILSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Oct 18, 2023

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 18, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20527    Culbertson v. Harris County
                          USDC No. 4:12-CV-3644

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Dantrell Johnson*

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

cc:
    Mr. Lance Charles Arney
    Ms. Kathryn Elizabeth Boatman
    Mr. Russell Louis Cook, Jr.
    Mr. Russell S. Cook
    Mrs. Laura Beckman Hedge
    Ms. Kelly Spragins Sandill